```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 09405
   MONICA WEBB
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-6209


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/03/2006 and was confirmed 12/07/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   34.00%.

     The case was converted to chapter 7 after confirmation 04/04/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
WASHINGTON MUTUAL            CURRENT MORTG       .00              .00           .00
WASHINGTON MUTUAL            MORTGAGE ARRE    4621.45              .00           .00
WASHINGTON MUTUAL            NOTICE ONLY    NOT FILED              .00           .00
WELLS FARGO AUTO FINANCE     SECURED         11800.00           927.38       3735.03
WELLS FARGO AUTO FINANCE     UNSECURED        4042.19              .00           .00
WELLS FARGO AUTO FINANCE     NOTICE ONLY    NOT FILED              .00           .00
ADVOCATE TRINITY HOSPITA     UNSECURED      NOT FILED              .00           .00
ADVOCATE TRINITY HOSPITA     UNSECURED      NOT FILED              .00           .00
ADVOCATE TRINITY HOSPITA     UNSECURED      NOT FILED              .00           .00
ADVOCATE TRINITY HOSPITA     UNSECURED      NOT FILED              .00           .00
BALABAN FURNITURE            UNSECURED      NOT FILED              .00           .00
BRYLANE                      UNSECURED      NOT FILED              .00           .00
CAPITAL ONE                  UNSECURED        1360.37              .00           .00
CAPITAL ONE                  UNSECURED        1347.54              .00           .00
CHICAGO IMAGING LTD          UNSECURED      NOT FILED              .00           .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED              .00           .00
ROUNDUP FUNDING LLC          UNSECURED        1977.22              .00           .00
EVERGREEN MEDICAL            UNSECURED      NOT FILED              .00           .00
HSBC NV                      UNSECURED      NOT FILED              .00           .00
ILLINOIS DEPARTMENT          UNSECURED      NOT FILED              .00           .00
LITTLE COMPANY OF MARY H     UNSECURED      NOT FILED              .00           .00
A THOMAS POKELA ATTY AT      UNSECURED         476.33              .00           .00
PAY DAY LOAN STORE           SECURED NOT I     808.00              .00           .00
PEOPLES GAS LIGHT & COKE     UNSECURED        1536.64              .00           .00
PEOPLES GAS LIGHT & COKE     UNSECURED      NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE     UNSECURED      NOT FILED              .00           .00
PROVIDIAN                    UNSECURED      NOT FILED              .00           .00
PROVIDIAN NATIONAL BANK      UNSECURED      NOT FILED              .00           .00
PROVIDIAN                    NOTICE ONLY    NOT FILED              .00           .00
ROAMANS                      UNSECURED      NOT FILED              .00           .00
SBC                          NOTICE ONLY    NOT FILED              .00           .00
SURETY FINANCIAL SERVICE     UNSECURED      NOT FILED              .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 09405 MONICA WEBB
```

```
TRINITY HOSPITAL            UNSECURED         NOT FILED             .00              .00
UNION PLANTERS BANK         UNSECURED         NOT FILED             .00              .00
SBC                         UNSECURED          733.68               .00              .00
ZALUTSKY & PINSKI LTD       REIMBURSEMENT      354.00               .00           354.00
SBC                         UNSECURED          242.16               .00              .00
INTERNAL REVENUE SERVICE    PRIORITY          NOT FILED             .00              .00
INTERNAL REVENUE SERVICE    UNSECURED         NOT FILED             .00              .00
ZALUTSKY & PINSKI LTD       DEBTOR ATTY       3,000.00                           2,214.99
TOM VAUGHN                  TRUSTEE                                                468.60
DEBTOR REFUND               REFUND                                                   .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  7,700.00

PRIORITY                                            354.00
SECURED                                           3,735.03
    INTEREST                                        927.38
UNSECURED                                              .00
ADMINISTRATIVE                                    2,214.99
TRUSTEE COMPENSATION                                468.60
DEBTOR REFUND                                          .00
                         ---------------        ---------------
TOTALS                   7,700.00                 7,700.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 07/18/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 06 B 09405 MONICA WEBB